## UNITED STATES
### v.
## JOSEPH WILKINSON, JR.

1808

## JOURNAL ENTRIES

1. Declaration filed; rule to bring body . . . *Journal, infra,* *p. 129
2. Rule enlarged . . . . . . . . . . . . " 131
3. Appearance; defendant ruled into custody . . . . . " 135
4. Judgment . . . . . . . . . . . . . " 153

## PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . *Printed in Vol. 2*